UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TYLER W. KOCH, ) | |
| Plaintiff, ) | |
| ) | NO. CV-06-194-CI |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | **AMENDED JUDGMENT** |
| Commissioner of Social Security, ) | **IN A CIVIL CASE** |
| ) | |
| Defendant. ) | |
| _____) | |

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Summary Judgment is GRANTED IN PART. Defendant's Motion for Summary Judgment is DENIED. The case is REMANDED for the calculation and payment of an award of benefits for a closed period of fifteen months, beginning December 27, 2004, and Judgment is entered for Plaintiff.

DATED this 23rd day of February, 2007

JAMES R. LARSEN
District Court Executive/Clerk

s/ L. Stejskal
Deputy Clerk